THE STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. THOMAS STASILOWICZ, DEFENDANT-APPELLANT.

Argued February 17, 1969—Decided March 31, 1969.

*Mr. Eugene P. Kenny* argued the cause for appellant.

*Mr. Abel Goldstein* argued the cause for respondent (*Mr. James A. Tumulty, Jr.,* Hudson County Prosecutor, attorney; *Mr. William J. Cunnane,* on the brief).

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Leonard in the Appellate Division, reported, at 105 *N. J. Super.* 151.

*For affirmance* — Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN — 7.

*For reversal* — None.